[922 NE2d 872, 895 NYS2d 286]

ANA VELAZQUEZ, Appellant, v ST. BARNABAS HOSPITAL, Respondent.

Decided December 17, 2009

**APPEARANCES OF COUNSEL**

*Abdul K. Hassan*, Queens Village, for appellant.

*Garbarini & Scher, P.C.*, New York City (*William D. Buckley* of counsel), for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be modified, without costs, by denying defendant's motion to enforce the settlement agreement and remitting the case to Supreme Court for further proceedings and, as so modified, affirmed.

The parties do not dispute that they agreed to settle the action for a specific amount; however, details regarding conditions of the settlement, including a disputed confidentiality agreement, were never recorded or memorialized. No agreement was made in open court or filed with the county clerk. Accordingly, it is not binding upon the parties (*see* CPLR 2104; *Matter of Dolgin Eldert Corp.*, 31 NY2d 1, 9-11 [1972]; *Andre-Long v Verizon Corp.*, 31 AD3d 353, 354 [2d Dept 2006]).

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur in memorandum.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order modified, etc.